No. 5345.—Ramos, apldo., *v.* Vega, The Levonel Company y la Maryland Casualty Company, apltes.—C. D. Mayagüez. Junio 26, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Interpuesta esta apelación el 25 de abril de 1930, sin que se hayan radicado los autos en esta Corte Suprema, ni está pendiente de tramitación en la de distrito exposición del caso, transcripción de evidencia o pliego alguno de excepciones, se

declara con lugar la moción del apelado, vista sin asistencia de las partes el 9 de junio actual, desestimándose, como se desestima, por abandono, el recurso.